UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTIAN A. KEITH, | § |
| Plaintiff, | § § § |
| v. | §   Civil Action No. 3:12-CV-2673-N (BF) |
| SHERIFF JOHNNY BROWN, et al., | § § § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Amended Complaint [D.E. 35] is **GRANTED**.

**SO ORDERED** this 27th day of February, 2014.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE